IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED BANDY, | FILED | CIVIL ACTION |
| Petitioner, | DEC -2 2013 | |
| v. | MICHAEL E. KUNZ, Clerk<br>By_____, Dep. Clerk | |
| WARREN WENEROWICS, et al. | : | NO.   13-673 |
| Respondents. | : | |

### ORDER

AND NOW, this 2nd day of December, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Harvey Bartle

HARVEY BARTLE, III, J.